## Garrett *v.* The State.

APPEAL from the City Court of Selma.
Tried before the Hon. JOHN W. MABRY.

No counsel marked as appearing for appellant.

MASSEY WILSON, Attorney-General, for the State.

The prosecution in this case was commenced in a justice of the peace court by affidavit being made charging the defendant with "the offense of permitting a dog to run at large that is known to kill, or worry domestic fowls."

From a judgment of conviction in the justice's court, an appeal was taken to the city court, where a judgment of conviction was also rendered.

The judgment of conviction is reversed, and a judgment here rendered discharging the defendant on the authority of *Butler v. The State,* 130 Ala. 127; *Monroe v. The State,* 137 Ala. 88.

Opinion by HARALSON, J.

---

# Phillips-Buttorff Manufacturing Co. *v.* Goodwyn Bros.

APPEAL from the Circuit Court of Marshall.
Tried before the Hon. A. H. ALSTON.

STREET & ISBELL, for appellant.

MCCORD & MCCORD, for appellee.

The appeal in this case is dismissed on motion of appellants.

Opinion PER CURIAM.